UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TOMJAI ENTERPRISES CORP.,

                      Plaintiff,

                                              12 Civ. 3729 (RWS)

       - against -

                                              O R D E R

LABORATOIRE PHARMAPLUS USA, Inc. d/b/a/
"Laboratoire Pharmaplus," INTERNATIONAL
BEAUTY TRADE USA, INC., I.B.E. COSMETICS,
INC. a/k/a "International Beauty
Exchange," VICTORIA ALBI INTERNATIONAL,
INC., VICTORIA ALBI, INC., HARRY AINI,
JACOB AINI a/k/a "JACK" AINI, MICHAEL AINI,
ERZA AINI, CHOUL REALTY, INC., BEAUTY &
COSMETIC NETWORK, CORP., BEAUTY & NEW KING,
INC., YOUNG BAE KANG a/k/a "JOHN KING," and
KWANSOO KIM a/k/a "JASON" KIM,

                      Defendants.

----------------------------------------X

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____               │
│ DATE FILED: 6-23-14          │
└─────────────────────────────┘
```

**Sweet, D.J.**


            Defendants  Laboratoire  Pharmaplus  USA,  Inc.  d/b/a

"Laboratoire  Pharmaplus,"  International  Beauty  Trade  USA,  Inc.

("International  Beauty  Trade"),  I.B.E.  Cosmetics,  Inc.  a/k/a

"International  Beauty  Exchange,"  Victoria  Albi  International,

Inc.,  Victoria  Albi,  Inc.,  Harry  Aini,  Jacob  Aini  a/k/a  "Jack"

Aini,  Michael  Aini,  Erza  Aini,  Choul  Realty,  Inc.,  Beauty  &

Cosmetic  Network,  Corp.,  Beauty  &  New  King,  Inc.,  Young  Bae  Kang

a/k/a "John King" and Kwansoo Kim a/k/a "Jason" Kim (collectively, the "Defendants") have moved pursuant to Local Rule 7.1 and Fed. R. Civ. P. 41(b) for involuntary dismissal with prejudice of Plaintiff Tomjai Enterprises Corp ("Plaintiff") Complaint filed on May 10, 2012 and entry of default in favor of Defendant International Beauty Trade's Counterclaim. With no opposition having been filed by Plaintiff, Defendants' motion is granted.

                It is so ordered.

New York, NY
June    17 , 2014

                                            ROBERT W. SWEET
                                                U.S.D.J.